FLEMING R. MOORE and NELLIE B. KESSLER, for appellant.

DYER & WALLBRIDGE and J. B. MANN, for appellee.

PER CURIAM.   The questions involved in this appeal are determined in the case of Vennum v. Carr, *ante,* p. 309, and the judgment is therefore reversed and the cause remanded with directions to the County Court to sustain the motion of the defendant, upon condition that the judgment when opened, stand as security for the amount due upon the note in suit, pending a trial of the issues upon the merits.

*Reversed and remanded with directions.*

---

### Gilbert Vennum v. H. J. Carr.

The decision in this case is controlled by Vennum v. Carr, *ante,* p. 309.

Judgment by confession.   Appeal from the County Court of Vermilion county; the Hon. MORTON W. THOMPSON, Judge, presiding. Heard in this court at the May term, 1906.   Reversed and remanded with directions.   Opinion filed November 27, 1906.

FLEMING R. MOORE and NELLIE B. KESSLER, for appellant.

DYER & WALLBRIDGE and J. B. MANN, for appellee.

PER CURIAM.   The questions involved in this appeal are determined in the case of Vennum v. Carr, *ante,* p. 309, and the judgment is therefore reversed and the cause remanded with directions to the County Court to sustain the motion of the defendant, upon condition that the judgment when opened, stand as security for the amount due upon the note in suit, pending a trial of the issues upon the merits.

*Reversed and remanded with directions.*